UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                    )
IN RE YASMIN AND YAZ (DROSPIRENONE) )        3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND     )
PRODUCTS LIABILITY LITIGATION          )            MDL No. 2100
_____ )
                                                    )        ORDER GRANTING VOLUNTARY
                                                             DISMISSAL WITHOUT PREJUDICE

**This Document Relates to:**

*Cora Carper v. Bayer Healthcare Pharmaceuticals, Inc. and Bayer Schering Pharma AG,* No. 3:10-cv-20184-DRH-PMF

## ORDER

Plaintiff filed a motion to voluntarily dismiss her claims without prejudice pursuant to F.R.C.P. 41 (Doc. 30). Defendants' responsive pleading was due on June 27, 2011. To date defendants have not filed a responsive pleading. Accordingly, the Court grants plaintiff's motion and Orders as follows. Plaintiff's action is **dismissed without prejudice** pursuant to plaintiff's motion of voluntary dismissal.

**SO ORDERED**

*/s/ David R. Herndon*
Digitally signed by David R. Herndon
Date: 2011.06.28 15:37:26 -05'00'

**Chief Judge**                                              **Date: June 28, 2011**
**United States District Court**